# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH MATCHING ACCOUNT SERVICES, INC.,<br>PET HEALTH MATCHING SERVICES, INC.,<br>REGINA GOROG a/k/a REGINA BARGANIER, and ELLIOTT GOROG,<br><br>Defendants. | Case No. 4:25-00814-CV-W-RK |

## DECLARATION OF UNITED STATES' COUNSEL PURSUANT TO FED. R. CIV. P. 65(b) AND IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

I, Leigh Farmakidis, declare as follows:

1. I am an Assistant United States Attorney and am representing Plaintiff United States of America ("United States") in the above-entitled case.

2. The United States has not attempted to notify Defendants of its Motion for *Ex Parte* Temporary Restraining Order and Injunctive Relief, nor should such notice be given, for the following reasons:

   A. The evidence set forth in the United States' Verified Complaint and *Ex Parte* Motion for Temporary Restraining Order shows that Defendants have engaged in wire fraud through their operation of Health Matching Account Services, Inc. and Pet Health Matching Account Services, Inc. The evidence shows that Defendants are perpetuating a fraudulent scheme to collect and confiscate monthly contributions from over 9,000 victims into a fraudulent health savings account-like

product, using false marketing materials—advertising matching funds that were not actually available—and falsely representing available account balances to induce the victims to continue to contribute to their accounts and to attract new victims. To effectuate their scheme to defraud, the Defendants used interstate commerce and wires, in violation of the wire fraud statutes.

B. The fraud perpetrated by Defendants provides motivation and opportunity for dissipation of assets and destruction of records.

C. There is good cause to believe that immediate and irreparable damage to the Court's ability to achieve effective final relief for the defrauded victims will occur from the sale, transfer, concealment, or other disposition by Defendants of their assets, and from the destruction, transfer, concealment, or other disposition of their records, if they are notified of the United States' Motion for a Temporary Restraining Order prior to a hearing hereon.

D. Accordingly, the United States respectfully submits that it is in the interest of justice and the public interest that its Motion for a Temporary Restraining Order and Injunctive Relief be heard without notice to Defendants, and that the file in this matter be placed under seal until further order of the Court.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 16, 2025     */s/ Leigh Farmakidis*
Leigh Farmakidis
Chief, Monetary Penalties Unit
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
E-mail: Leigh.Farmakidis@usdoj.gov