IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-00814-RK |
| HEALTH MATCHING ACCOUNT SERVICES, INC., PET HEALTH MATCHING SERVICES, INC., REGINA GOROG, A/K/A REGINA BARGANIER; AND ELLIOTT GOROG, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's motion to unseal case, for leave to file a redacted verified complaint, and that the Court file a redacted restraining order. (Doc. 9.) After careful consideration and review, for good cause shown, including completed service as to three of the four defendants, the Court **ORDERS** that the motion to unseal is **GRANTED**. The Court **FURTHER ORDERS** that: (1) this case be **UNSEALED** with the exception of unredacted versions of the Verified Complaint, (Doc. 1), and the Court's *Ex Parte* Order granting temporary restraining order and injunctive relief, (Doc. 5), which shall remain under seal; and (2) Plaintiff shall file a redacted Verified Complaint on or before November 3, 2025.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 28, 2025