# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH MATCHING ACCOUNT SERVICES, INC., <br> PET HEALTH MATCHING ACCOUNT SERVICES, INC., <br> REGINA GOROG a/k/a REGINA BARGANIER, and ELLIOTT GOROG, <br><br> Defendants. | Case No. 25-00814-CV-W-RK |

## JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER UNTIL THE COURT'S HEARING ON PRELIMINARY INJUNCTION

Plaintiff United States of America, through undersigned counsel, and Defendant Regina Gorog, through undersigned counsel, hereby move for an order extending the Court's temporary restraining order (the "TRO") to remain in force until November 19, 2025, when the Court has scheduled a hearing regarding entry of a preliminary injunction in this matter.

On October 17, 2025, the United States filed a complaint under 18 U.S.C. § 1345, the Anti-Fraud Injunction statute, seeking to halt what the United States alleged was an ongoing wire fraud scheme involving Defendants Health Matching Account Services, Inc., ("HMA"), Pet Health Matching Account Services, Inc. ("PHMA"), Regina Gorog, and Elliott Gorog.

This Court found that the United States had met its initial burden and entered the TRO on October 22, 2025. Broadly, the TRO enjoins the Defendants from doing business through their websites, processing payments from current members, accessing their financial accounts, or soliciting new members.

On October 23, 2025, the FBI executed a search warrant at HMA's corporate offices. That same day, FBI agents served Ms. Gorog, two financial institutions, and two web-services providers with the TRO. Mr. Gorog was served on October 28, 2025.

The TRO will remain in force until November 5, 2025, and the Court has scheduled a hearing on November 19, 2025, for the parties to appear and show cause why a preliminary injunction should not be granted. Absent further Court order, there will be no order in place as of November 6, 2025.

Ms. Gorog has retained counsel in this matter, and counsel for Ms. Gorog joins the request to extend the existing TRO until November 19, 2025. Counsel for the Government and Ms. Gorog are engaged in discussions to see if they can reach an agreement prior to November 19, 2025. Those discussions are ongoing, and the parties believe that maintaining the status quo after November 5, 2025, while their discussions continue, is in the interest of all parties.

At present, Mr. Gorog is not known to be represented in this matter, and the corporate entities have not retained separate counsel.

                                                Respectfully submitted,

**R. MATTHEW PRICE**

United States Attorney

By:    */s/ Sarah Edwards*
        Sarah Edwards
        Allison McGuire
        Trial Attorneys
        Fraud Section
        sarah.edwards@usdoj.gov
        (202) 913-4782

        */s/ Leigh Farmakidis*
        Leigh Farmakidis
        Assistant United States Attorney
        Charles Evans Whittaker Courthouse
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        Leigh.Farmakidis@usdoj.gov
        (816) 426-3122

        */s/ Wendell A. Odom, Jr.*
        Wendell A. Odom, Jr.
        Brian T. Hobson
        Odom, Davis & Hobson
        440 Louisiana Street, Suite 200
        Houston, Texas 77002
        (713) 223-5575
        *Counsel for Defendant Regina Gorog*