IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:25-cv-00814-RK ) |
| HEALTH MATCHING ACCOUNT SERVICES, INC., PET HEALTH MATCHING SERVICES, INC., REGINA GOROG, A/K/A REGINA BARGANIER; AND ELLIOTT GOROG, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is a joint motion filed by the United States and Defendant Regina Gorog to extend the Court's Temporary Restraining Order, (Docs. 5 (sealed, unredacted), 11 (public, redacted)), entered on October 22, 2025. (Doc. 14.)[*] The United States and Ms. Gorog jointly move the Court to extend the TRO until November 19, 2025, when the Court has scheduled a show-cause hearing regarding entry of a preliminary injunction in this case. The parties also indicate that they are engaged in ongoing discussions to potentially reach an agreement prior to the November 19 preliminary injunction show-cause hearing. After careful consideration and review, and for both good cause shown and with Ms. Gorog's consent, the Court **ORDERS** that pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the joint motion to extend is **GRANTED**. Accordingly, the Court **FURTHER ORDERS** that the TRO shall remain in force until November 19, 2025.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 30, 2025

---

[*] Although all four defendants have been served, (*see* Docs. 6-8, 13), only Ms. Gorog appears to have retained counsel and has joined the United States' motion to extend the TRO.