IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>HEALTH MATCHING ACCOUNT SERVICES, INC.,<br>PET HEALTH MATCHING ACCOUNT SERVICES, INC.,<br>REGINA GOROG a/k/a REGINA BARGANIER, and ELLIOTT GOROG,<br><br>    Defendants. | Case No. 25-00814-CV-W-RK |

## JOINT MOTION TO CONTINUE THE COURT'S HEARING ON PRELIMINARY INJUNCTION

Plaintiff United States of America, through undersigned counsel, and Defendants Health Matching Account Services, Inc., ("HMA"), Pet Health Matching Account Services, Inc. ("PHMA"), Regina Gorog, and Elliott Gorog, through undersigned counsel, hereby move for an order continuing the hearing currently scheduled for November 19, 2025, and extending the Amended TRO to remain in effect through the date of rescheduled preliminary injunction hearing.

On October 17, 2025, the United States filed a complaint under 18 U.S.C. § 1345, the Anti-Fraud Injunction statute, seeking to halt what the United States alleged was an ongoing wire fraud scheme involving Defendants HMA, PHMA, Regina Gorog, and Elliott Gorog. Dkt. No. 1.

This Court found that the United States had met its initial burden and entered a temporary restraining order (the "TRO") on October 22, 2025. Dkt. No. 5. Broadly, the TRO enjoins the Defendants from doing business through their websites, processing payments from current members, accessing their financial accounts, or soliciting new members.

On October 23, 2025, the FBI executed a search warrant at HMA's corporate offices. That same day, FBI agents served Ms. Gorog, two financial institutions, and two web-services providers with the TRO. Mr. Gorog was served on October 28, 2025.

On October 30, 2025, the Court granted the parties' joint motion to extend the TRO entered on October 22, 2025, until the date of the preliminary injunction hearing on November 19, 2025. Dkt. No. 15.

On November, 12, 2025, counsel for Ms. Gorog and the United States jointly moved for a 60-day continuance of the preliminary injunction hearing, as well as an Amended TRO to remain in force until the preliminary injunction hearing, to allow them to continue discussions regarding a preliminary injunction. Dkt. No. 16.

The same day, the Court granted the request as to the Amended TRO but denied without prejudice the request for a continuance. The Court noted that Mr. Gorog and the corporate entities had not specifically appeared in this matter and taken a position. Dkt. No. 17. The Court ordered the Government to serve copies of its Order and the Amended TRO on all parties by November 16, 2025. *Id.*

The government has served all parties. Mr. Gorog has now retained counsel, who joins the request for a continuance. The government also understands that for purposes of this proceeding, counsel for Ms. Gorog will also be representing HMA and PHMA. Counsel have accepted service and join the request for a continuance on behalf of HMA and PHMA.

For the foregoing reasons, the parties respectfully request that the Court continue the preliminary injunction hearing for approximately 60 days and extend the Amended TRO until the new preliminary injunction hearing date.

Respectfully submitted,

**R. MATTHEW PRICE**

United States Attorney

By: */s/ Sarah E. Edwards*
Sarah E. Edwards
Allison L. McGuire
Trial Attorneys
Fraud Section
sarah.edwards@usdoj.gov
(202) 913-4782

*/s/ Leigh Farmakidis*
Leigh Farmakidis
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Leigh.Farmakidis@usdoj.gov
(816) 426-3122

*Wendell A. Odom, Jr.*
Wendell A. Odom, Jr.
Brian T. Hobson
Odom, Davis & Hobson
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
*Counsel for Regina Gorog, HMA, & PHMA*

*Richard Kuniansky*
Richard Kuniansky
440 Louisiana Street, Suite 1440
Houston, Texas 77002
(713) 622-8333
*Counsel for Elliott Gorog*