# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:25-cv-00814-RK ) |
| HEALTH MATCHING ACCOUNT SERVICES, INC.; PET HEALTH MATCHING SERVICES, INC.; REGINA GOROG, A/K/A REGINA BARGANIER; AND ELLIOTT GOROG, | ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Now before the Court is the parties' joint motion (1) to continue the preliminary injunction show-cause hearing currently scheduled for November 19, 2025, for approximately 60 days, and (2) to extend the Amended TRO until the rescheduled preliminary injunction show-cause hearing. (Doc. 20.) The request is joined by the United States and all Defendants. With consent of all parties and for good cause shown, the Court **ORDERS** that the joint motion, (Doc. 20), is **GRANTED**, as follows: (1) the preliminary injunction show-cause hearing will be continued to January 22, 2026 at 11:30 AM, and (2) pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, for good cause shown and with consent of all Defendants and the United States, the Amended TRO shall remain in full force and effect until January 22, 2026.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 13, 2025