# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:25-cv-00814-RK |
| HEALTH MATCHING ACCOUNT SERVICES, INC., PET HEALTH MATCHING ACCOUNT SERVICES, INC., REGINA GOROG, A/K/A REGINA BARGANIER; AND ELLIOTT GOROG, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### JOINT MOTION TO ENTER PRELIMINARY INJUNCTINON, ADJOURN HEARING ON PRELIMINARY INJUNCTION, AND STAY DEADLINE TO ANSWER COMPLAINT AND ISSUANCE OF SCHEDULING ORDER

Plaintiff United States of America, through undersigned counsel, and Defendants Health Matching Account Services, Inc., ("HMA"), Pet Health Matching Account Services, Inc. ("PHMA"), Regina Gorog, and Elliott Gorog, through undersigned counsel, hereby move for entry of a preliminary injunction to remain in full force and effect until judgment is entered and to adjourn the preliminary injunction show-cause hearing scheduled for January 22, 2026.

On October 17, 2025, the United States filed a complaint under 18 U.S.C. § 1345, the Anti-Fraud Injunction Statute, seeking to halt what the United States alleged was an ongoing wire fraud scheme involving Defendants HMA, PHMA, Regina Gorog, and Elliott Gorog. Dkt. No. 1.

This Court found that the United States had met its initial burden and entered a temporary restraining order (the "TRO") on October 22, 2025. Dkt. No. 5. Broadly, the TRO enjoins the Defendants from doing business through their websites, processing payments from current members, accessing their financial accounts, or soliciting new members.

1

On October 30, 2025, the Court granted a motion to extend the TRO entered on October 22, 2025, until the date of the preliminary injunction hearing on November 19, 2025. Dkt. No. 15.

On November 12, 2025, the Court entered an Amended Temporary Restraining Order (the "Amended TRO"). Dkt. No. 18. On November 13, 2025, the Court granted the parties' joint motion to continue the preliminary injunction hearing and extend the Amended TRO until January 22, 2026. Dkt. No. 21.

Defendants, without admitting fact, fault, or liability for the allegations alleged in the United States' complaint, consent to the entry of a preliminary injunction consistent with the Amended TRO. A proposed Preliminary Injunction Order, which has been agreed upon by the parties and is consistent with the Amended TRO, has been submitted to the Court for its consideration. The proposed Preliminary Injunction Order updates the financial disclosure section, omits one website previously included in the Amended TRO, and includes an additional website host. In addition, the United States and Defendants Elliott Gorog and Regina Gorog have reached agreements to preserve certain personal assets of the respective defendants. These agreements, however, do not preclude the United States from seeking additional seizure or restraint as to any personal asset of Regina Gorog or Elliott Gorog permitted by law. The proposed preliminary injunction continues to enjoin the use or dissipation of any business asset.

Accordingly, the parties agree that a hearing regarding entry of a preliminary injunction is unnecessary and request that the hearing scheduled for January 22, 2026, be adjourned.

Finally, the parties jointly request that the Defendants' deadline to answer the complaint and the issuance of the Court's scheduling order under Rule 16 be stayed for approximately six months, until July 13, 2026. Given the government's ongoing criminal investigation, the parties submit that such a stay serves the interests of justice and judicial economy. If the Court orders the

stay, the parties will provide a status update by no later than June 15, 2026, as to whether they plan to seek a further extension of the stay.

Respectfully submitted,

**R. MATTHEW PRICE**
United States Attorney

By: */s/ Sarah E. Edwards*
Sarah E. Edwards
Allison L. McGuire
Trial Attorneys
Fraud Section
sarah.edwards@usdoj.gov
(202) 913-4782

*/s/ Leigh Farmakidis*
Leigh Farmakidis
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Leigh.Farmakidis@usdoj.gov
(816) 426-3122

*/s/ Wendell A. Odom, Jr.*
Wendell A. Odom, Jr.
Brian T. Hobson
Odom, Davis & Hobson
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
*Counsel for Regina Gorog, HMA, & PHMA*

*/s/ Richard Kuniansky*
Richard Kuniansky
440 Louisiana Street, Suite 1440
Houston, Texas 77002
(713) 622-8333
*Counsel for Elliott Gorog*