# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

HEALTH MATCHING ACCOUNT
SERVICES, INC., PET HEALTH
MATCHING ACCOUNT SERVICES, INC.,
REGINA GOROG, A/K/A REGINA
BARGANIER; AND ELLIOTT GOROG,

              Defendants.

Case No. 4:25-cv-00814-RK

## JOINT STATUS REPORT AND MOTION TO STAY

Plaintiff United States of America, through undersigned counsel and Defendants Health Matching Account Services, Inc., ("HMAS"), Pet Health Matching Account Services, Inc. ("PHMAS"), Regina Gorog, and Elliott Gorog, through undersigned counsel hereby provide a status report and move for and Order staying deadlines set in the Order dated January 20, 2026, (Dkt. No. 31) for an additional six months.

On October 17, 2025, the United States filed a complaint under 18 U.S.C. § 1345, the Anti-Fraud Injunction Statute, seeking to halt what the United States alleged was an ongoing wire fraud scheme involving Defendants HMAS, PHMAS, Regina Gorog, and Elliott Gorog. (Dkt. No. 1 sealed complaint), (Dkt. No. 12, unsealed and redacted complaint filed October 29, 2025).

This Court found that the United States had met its initial burden and entered a temporary restraining order (the "TRO") on October 22, 2025. (Dkt. No. 5 sealed TRO), (Dkt. No. 11 unsealed and redacted TRO). Broadly, the TRO enjoins the Defendants from doing business

through their websites, processing payments from current members, accessing their financial accounts, or soliciting new members.

On October 30, 2025, the Court granted a motion to extend the TRO entered on October 22, 2025, until the date of the preliminary injunction hearing on November 19, 2025. Dkt. No. 15.

On November 12, 2025, the Court entered an Amended Temporary Restraining Order (the "Amended TRO"). (Dkt. No. 18 redacted Amended TRO), (Dkt. No. 19 sealed Amended TRO). On November 13, 2025, the Court granted the parties' joint motion to continue the preliminary injunction hearing and extend the Amended TRO until January 22, 2026. Dkt. No. 21.

On January 20, 2026, the Court granted a join motion to stay the case until July 13, 2026. Dkt. No. 31. The Court also ordered the parties to file a joint status update on or before June 15, 2026. *Id.*

On January 21, 2026, the Court entered a Preliminary Injunction Order. Dkt. No. 32 (unsealed and redacted Preliminary Injunction Order), Dkt. No. 33 (sealed and unredacted Preliminary Injunction Order).

At this time, the government's criminal investigation remains ongoing. The parties to this litigation have been in communication and agree that the Preliminary Injunction should remain in full force and effect during the pendency of the government's investigation.

Accordingly, the parties jointly request that the Defendants' deadline to answer the complaint and the issuance of the Court's scheduling order under Rule 16 be stayed for an additional approximately six months, until January 13, 2027. Given the government's ongoing criminal investigation, the parties submit that such a stay serves the interests of justice and judicial economy.

2

If the Court orders the stay, the parties will provide a status update by no later than December 15, 2026, as to whether they plan to seek a further extension of the stay.

Respectfully submitted,

**R. MATTHEW PRICE**
United States Attorney

By:   */s/ Sarah E. Edwards*
Sarah E. Edwards
Allison L. McGuire
Trial Attorneys
Fraud Section
sarah.edwards@usdoj.gov
(202) 913-4782

*/s/ Leigh Farmakidis*
Leigh Farmakidis
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Leigh.Farmakidis@usdoj.gov
(816) 426-3122

*/s/ Wendell A. Odom, Jr.*
Wendell A. Odom, Jr.
Brian T. Hobson
Odom, Davis & Hobson
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
*Counsel for Regina Gorog, HMAS, & PHMAS*

*/s/ Richard Kuniansky*
Richard Kuniansky
440 Louisiana Street, Suite 1440
Houston, Texas 77002
(713) 622-8333
*Counsel for Elliott Gorog*