**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,      )
       )
      Plaintiff,      )
       )
      v.      )      Case No. 4:25-cv-00814-RK
       )
HEALTH MATCHING ACCOUNT      )
SERVICES, INC.;  PET HEALTH      )
MATCHING SERVICES, INC.; REGINA      )
GOROG, A/K/A REGINA BARGANIER;      )
AND ELLIOTT GOROG,      )
       )
      Defendants.      )

## ORDER

On January 20, 2026, the Court stayed the parties' deadlines to answer the complaint and to submit a scheduling order under Rule 16 of the Federal Rules of Civil Procedure until July 13, 2026.  (Doc. 31.)  In light of the ongoing parallel criminal investigation, the parties jointly request that the stay previously imposed in this civil fraud action be extended until January 13, 2027.  (Doc. 34.)  After careful consideration and review, the Court **ORDERS** that the parties' joint motion to extend the stay until January 13, 2027, is **GRANTED**.  The parties are directed to provide a joint status update on or before December 15, 2026, as to whether the parties plan to seek a further extension of the stay.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED:  May 27, 2026